■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS PEREZ, Appellant. [625 NYS2d 979] —Judgment unanimously affirmed. Memorandum: On appeal from a judgment convicting him of murder in the second degree (depraved indifference murder), criminal possession of a weapon in the third degree and one count each of unauthorized use of a motor vehicle in the first and second degrees, defendant contends that the verdict is against the weight of the evidence. We disagree (see, People v Bleakley, 69 NY2d 490, 495). Defendant's further contention that the court's interested witness charge requires reversal is unpreserved (see, CPL 470.05 [2]), and we decline to address it as a matter of discretion in the interest of justice (see, CPL 470.15 [6] [a]). We have reviewed defendant's remaining contentions and conclude that they are lacking in merit. (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Murder, 2nd Degree.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN W. SCOTT, JR., Appellant. [625 NYS2d 980] —Judgment unanimously affirmed. Memorandum: The evidence, viewed in the light most favorable to the People (see, People v Contes, 60 NY2d 620, 621), is sufficient to support defendant's conviction of two counts of criminal possession of a weapon in the third degree (see, People v Bleakley, 69 NY2d 490, 495). Upon our review of the record, we conclude that the verdict is not against the weight of the evidence (see, People v Bleakley, supra).

We have considered the issues raised in defendant's pro se supplemental brief and conclude that they are without merit. (Appeal from Judgment of Genesee County Court, Morton, J. —Criminal Possession Weapon, 3rd Degree.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ EDWARD WARREN, Appellant, v JERRY NOACK, Doing Business as NOACK'S ARK WORKS, Respondent. (Appeal No. 1.) [625 NYS2d 961] —Order unanimously affirmed with costs (see, Matter of Galiber v Previte, 40 NY2d 822). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Dismiss Complaint.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.

■ EDWARD WARREN, Appellant, v JERRY NOACK, Doing Business as NOACK'S ARK WORKS, Respondent. (Appeal No. 2.)